IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

**IN RE: Faith A. Proffit**                                                              Chapter 7
        **Debtor(s)**                                                                     Case No. 14-62094

## Motion to Defer Entry of Discharge
## and Enlarge Time To File Reaffirmation Agreement

As provided by Fed. R. Bankr. P. 4004(c)(2) and 4008(a), the undersigned hereby requests an order deferring the entry of an order granting a discharge and enlarging the time for filing a reaffirmation agreement to a date any time before the entry of the order granting discharge.

**The Debtor request that entry of a discharge be deferred:**

   __X__                    **For a 30 Day period, or**

   _____                    **Until: _____**


        **/s/ Larry L. Miller**
        **Larry L. Miller, Esq.**
        **Of Counsel**